**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | |
| : | **5:05-CR-86 (WDO)** |
| **CALVIN McCASKILL,** : | |
| : | |
| **Defendant** : | |

**ORDER**

Having reviewed and considered Defendant's Motion to Continue, IT IS HEREBY ORDERED that the pretrial conference and trial of this case be continued from the NOVEMBER term of Court to the FEBRUARY 7, 2006 term of Court in order to give defense counsel adequate time to receive and review the discovery materials and to prepare a defense accordingly.   IT IS FURTHER ORDERED that any delay occasioned by the continuance be deemed excludable delay pursuant to Title 18, United States Code, Section 3161 (h) of the Speedy Trial Act.

SO ORDERED this 8th day of November, 2005.

S/Wilbur D. Owens, Jr.
WILBUR D. OWENS, JR.
UNITED STATES DISTRICT JUDGE